**Fill in this information to identify the case:**

Debtor name   **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **23-10708**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration   **Amended Creditor Matrix (Creditor Added)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 23, 2023**          *X* /s/ Stephen T. Loupe
                                                         Signature of individual signing on behalf of debtor

                                                         **Stephen T. Loupe**
                                                         Printed name

                                                         **Manager & Member of Terrain Logistics Group, LLC, sole member**
                                                         Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **23-10708**

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **3,037,471.85**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **3,037,471.85**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **11,489,399.90**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $    **11,489,399.90**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **23-10708**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon** | **Checking** | 0592 | $0.00 |
| 3.2. | **First Horizon** | **Savings** | 4326 | $87.90 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $87.90 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor    **Magnolia Dredge & Dock, LLC**                          Case number *(If known)* **23-10708**
_____
Name

| 11a. 90 days old or less: | 91,415.00 | - | 0.00 | = .... | $91,415.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 476,123.85 | - | 0.00 | = .... | $476,123.85 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 653,845.16 | - | 0.00 | = .... | $653,845.16 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 365,253.95 | - | 0.00 | = .... | $365,253.95 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,382,882.30 | - | 0.00 | = .... | $1,382,882.30 |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                    |  $2,969,520.26  |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(If known)* **23-10708** |
|---|---|---|
| | Name | |

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **see attachment** | **$67,863.69** | | **$67,863.69** |
|---|---|---|---|

51.   **Total of Part 8.**

| | **$67,863.69** |
|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
  ☐ No
  ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
  Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit**

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(If known)* **23-10708** |
|---|---|---|
| | Name | |

has been filed)

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
|---|---|---|---|
| | **Potential Claim against GIS Engineering, LLC and Port of Iberia** | | |
| | **Possibly ~$10 Million** | | **Unknown** |
| | Nature of claim | **Contractor's Dispute of Contract** | |
| | Amount requested | **$0.00** | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Magnolia Dredge & Dock, LLC**                        Case number *(If known)* **23-10708**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $87.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,969,520.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $67,863.69 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,037,471.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,037,471.85 |

**Fill in this information to identify the case:**

Debtor name        **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **23-10708**

☐ Check if this is an
   amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **23-10708**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Acadiana Rubber and Gasket**<br>**P.O. Box 3704**<br>**Lafayette, LA 70502**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,717.33** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Airgas**<br>**P.O. Box 734671**<br>**Dallas, TX 75373-4671**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$222.73** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alliance Safety Council**<br>**10099 N Reiger Rd.**<br>**Baton Rouge, LA 70809**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$417.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Axis Compressor Services**<br>**2704 Southwest Dr.**<br>**New Iberia, LA 70560**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,514.49** |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.33 |
|---|---|---|---|

**B&L Industrial Supply**
P.O. Box 9725
910 Jane St.
New Iberia, LA 70563-9725

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.12 |
|---|---|---|---|

**Bankston's Auto Parts**
P.O. Box 90
Albany, LA 70711

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265,000.00 |
|---|---|---|---|

**Berry Bros. General Contractors, Inc.**
P.O. Box 253
Berwick, LA 70342

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Bohman Morse, LLC**
400 Poydras St., Ste. 2050
New Orleans, LA 70130

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,925.17 |
|---|---|---|---|

**CAT Commercial**
P.O. Box 735638
Dallas, TX 75373-5638

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,717.70 |
|---|---|---|---|

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197-6294

Date(s) debt was incurred _

Last 4 digits of account number **0101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,120.24 |
|---|---|---|---|

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197-6294

Date(s) debt was incurred _

Last 4 digits of account number **6684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,592.18** |
|---|---|---|---|

**Chase Card Services**
P.O. Box 6294
Carol Stream, IL 60197-6294

Date(s) debt was incurred _

Last 4 digits of account number  7881

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Chris' Custom Welding and Fabrication**
125-c Ponderosa Pines Dr.
Port Saint Joe, FL 32456

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16.21** |
|---|---|---|---|

**Circle A Hardware and Lumber**
29187 Hwy. 43
Albany, LA 70711

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,463,535.50** |
|---|---|---|---|

**Coastal Dredging Co., Inc.**
P.O. Box 3085
Hammond, LA 70404

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,099.94** |
|---|---|---|---|

**Coastal Marine Services & Sales, LLC**
924 Parkview Dr.
New Iberia, LA 70563

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,817.04** |
|---|---|---|---|

**Diamond "B" Industries, LLC**
P.O. Box 10310
New Iberia, LA 70562-0310

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,159.53** |
|---|---|---|---|

**Donovan Marine, Inc.**
P.O. Box 1979
Memphis, TN 38101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,622.26** |
|---|---|---|---|

**Dredging Supply Company, Inc.**
**156 Airport Rd.**
**Reserve, LA 70084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,762.24** |
|---|---|---|---|

**Farve's Equipment Repair**
**58275 Harbor Rd.**
**Slidell, LA 70460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,597,659.36** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7573**

Basis for the claim:  **Personal Guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,264.40** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8832**

Basis for the claim:  **Personal Guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$832,045.74** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1047**

Basis for the claim:  **Personal Guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,596.95** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4796**

Basis for the claim:  **Personal Guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,158.75** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8821**

Basis for the claim:  **Personal Guaranty**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,788.20** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  3171**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,053.49** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  9449**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,303.86** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  5094**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,898.48** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  0729**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,221,651.87** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  3697**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$643,885.36** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  2947**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,958.61** |
|---|---|---|---|

**First Horizon**
**P.O. Box 613706**
**Memphis, TN 38101-3706**

**Date(s) debt was incurred** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number  2079**

**Basis for the claim:  Personal Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,835.04** |
|---|---|---|---|

**First Horizon**
P.O. Box 613706
Memphis, TN 38101-3706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Guaranty**

Last 4 digits of account number  **2081**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194,790.00** |
|---|---|---|---|

**Frisco Construction Company, Inc.**
P.O. Box 426
Bourg, LA 70343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$730.99** |
|---|---|---|---|

**Gas & Supply, Inc. / BR Welding**
125 Thruway Park
Broussard, LA 70518-3601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,784.36** |
|---|---|---|---|

**Gaubert Oil**
P.O. Box 310
Thibodaux, LA 70302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,595.62** |
|---|---|---|---|

**General Mill Supplies**
751 Hill St.
Jefferson, LA 70121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.71** |
|---|---|---|---|

**GHX / Hose Specialty & Supply**
P.O. Box 841388
Dallas, TX 75284-1388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398,520.04** |
|---|---|---|---|

**Gill's Crane & Dozer**
116 Marlin Dr.
Slidell, LA 70461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,990.00 |
|---|---|---|---|
| | **GIS Engineering, LLC** | ☐ Contingent | |
| | **P.O. Box 820** | ☐ Unliquidated | |
| | **Galliano, LA 70354** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,012.11 |
|---|---|---|---|
| | **GNO Marine, LLC** | ☐ Contingent | |
| | **48 Doescher Dr.** | ☐ Unliquidated | |
| | **New Orleans, LA 70123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $961.00 |
|---|---|---|---|
| | **Gulf Coast Occupational Medicine** | ☐ Contingent | |
| | **15389 Airline Hwy.** | ☐ Unliquidated | |
| | **Baton Rouge, LA 70817** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.63 |
|---|---|---|---|
| | **H&E Equipment Services, Inc.** | ☐ Contingent | |
| | **P.O. Box 849850** | ☐ Unliquidated | |
| | **Dallas, TX 75284-9850** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,058.42 |
|---|---|---|---|
| | **Herc Rentals** | ☐ Contingent | |
| | **P.O. Box 936257** | ☐ Unliquidated | |
| | **Atlanta, GA 31193** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.65 |
|---|---|---|---|
| | **Himel Motor Supply** | ☐ Contingent | |
| | **1215 East Main St.** | ☐ Unliquidated | |
| | **New Iberia, LA 70560** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,301.98 |
|---|---|---|---|
| | **Home Depot** | ☐ Contingent | |
| | **Mail Code 7966** | ☐ Unliquidated | |
| | **P.O. Box 7247** | ☐ Disputed | |
| | **Philadelphia, PA 19170-7966** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,154.00**

**HydroTerra Technologies, LLC**
**1129 Huval Ln.**
**Breaux Bridge, LA 70517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,129.00**

**Iberia Medical Center**
**P.O. Box 13338**
**New Iberia, LA 70562-3338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,478.54**

**Industrial Fabrics, Inc.**
**P.O. Box 735164**
**Dallas, TX 75373-5164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,648.44**

**Industrial Municipal Supply Co., Inc.**
**36504 Hwy. 30**
**Geismar, LA 70734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,807.00**

**Infinity Systems, LLC**
**1959 Woodchase Blvd.**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,753.74**

**Inland Barge Rentals, Inc.**
**P.O. Box 250**
**Berwick, LA 70342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,491.33**

**Jay's Specialty Welding, Inc.**
**P.O. Box 1534**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.58 |
|---|---|---|---|

**Jessica L. Johnson**
**P.O. Box 2422**
**Mandeville, LA 70470**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.14 |
|---|---|---|---|

**JJ Keller and Associates**
**3003 Breezewood Ln.**
**P.O. Box 368**
**Neenah, WI 54957**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Wilson, Sr.**
**4975 Kaylee Ln.**
**Barataria, LA 70036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,189.73 |
|---|---|---|---|

**Kracht Madison Huddleston, LLP**
**5149 Bluebonnet Blvd.**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,587.39 |
|---|---|---|---|

**Louisiana Offshore, LLC**
**131 Fayedaye Dr.**
**Madisonville, LA 70447**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,053.45 |
|---|---|---|---|

**M&C Oilfield Services, Inc.**
**5121 Hwy. 90 East**
**Lake Charles, LA 70615**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,000.00 |
|---|---|---|---|

**M&N of Alabama, LLC**
**P.O. Box 3**
**Magnolia Springs, AL 36555**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
|---|---|---|---|
| | **Magnolia Ecological Services, LLC**<br>**29 Woodstone Dr.**<br>**Mandeville, LA 70471** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,518.66** |
|---|---|---|---|
| | **Marine Industrial Fabrication, Inc.**<br>**P.O. Box 9218**<br>**New Iberia, LA 70562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,939.84** |
|---|---|---|---|
| | **McDonough Marine Services**<br>**P.O. Box 919227**<br>**Dallas, TX 75391** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.79** |
|---|---|---|---|
| | **Michael D. Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$114,815.29** |
|---|---|---|---|
| | **Mike David Equipment, Inc.**<br>**1127 Joel Blanchard Rd.**<br>**Saint Martinville, LA 70582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.77** |
|---|---|---|---|
| | **Motion Industries**<br>**P.O. Box 404130**<br>**Atlanta, GA 30384-4130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,603.89** |
|---|---|---|---|
| | **Navigation Electronics, Inc. (NEI)**<br>**124 Toledo Dr.**<br>**Lafayette, LA 70506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.73** |
|---|---|---|---|
| | **O'Reilly Auto Parts**<br>**P.O. Box 9464**<br>**Springfield, MO 65801-9464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,869.16** |
|---|---|---|---|
| | **Pacific- Gulf Wire Rope, Inc.**<br>**1504 Engineers Rd.**<br>**Belle Chasse, LA 70037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,728.24** |
|---|---|---|---|
| | **Packard Truck Lines, Inc.**<br>**P.O. Box 1536**<br>**Harvey, LA 70059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,531.33** |
|---|---|---|---|
| | **Pan America Power Corp.**<br>**P.O. Box 1576**<br>**Covington, LA 70434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,751.86** |
|---|---|---|---|
| | **Patriot Construction & Industrial, LLC**<br>**P.O. Box 10**<br>**Duson, LA 70529** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196,988.26** |
|---|---|---|---|
| | **Patriot Marine Services, LLC**<br>**P.O. Box 706**<br>**Golden Meadow, LA 70357** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Philadelphia Indemnity**<br>**Attn: Bryan Badeaux**<br>**P.O. Box 3636**<br>**Bala Cynwyd, PA 19004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Surety__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.37 |
|---|---|---|---|

**Pot-O-Gold**
P.O. Box 1627
Hammond, LA 70404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $673,615.67 |
|---|---|---|---|

**Premier Concrete Products**
P.O. Box 2249
Hammond, LA 70404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379.31 |
|---|---|---|---|

**Republic Services #820**
P.O. Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,030.00 |
|---|---|---|---|

**River and Industrial Diving**
P.O. Box 2072
Slidell, LA 70461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.74 |
|---|---|---|---|

**RT's Septic Tank Service**
4214 Hazard Rd.
New Iberia, LA 70560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,334.08 |
|---|---|---|---|

**Scott Bailey Enterprises**
11310 Industriplex Blvd.
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,560.48 |
|---|---|---|---|

**Sediment Solutions, LLC**
39 E Woodlawn Dr.
Destrehan, LA 70047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,750.25 |
|---|---|---|---|

**Service Rigging**
**P.O. Box 701**
**Slidell, LA 70459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.90 |
|---|---|---|---|

**Shannon Hardware**
**P.O. Box 631**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,072.91 |
|---|---|---|---|

**Southwest Wire Rope - KY**
**4150 Cairo Rd.**
**Paducah, KY 42001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.97 |
|---|---|---|---|

**Stephen T. Loupe**
**P.O. Box 2422**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537,790.67 |
|---|---|---|---|

**Steven Dupuis Oil**
**114 Cason Rd.**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,050.00 |
|---|---|---|---|

**Survey Equipment Svcs**
**1775 Westborough Dr.**
**Westborough Business Park**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,182.23 |
|---|---|---|---|

**The Rubber House**
**P.O. Box 46435**
**Baton Rouge, LA 70895-6435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.52 |
|---|---|---|---|

**Tiger Equipment & Supply Co.**
**2202 Engineers Rd.**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Tommy Kilbride**
**P.O. Box 3085**
**Hammond, LA 70404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,450.00 |
|---|---|---|---|

**TPK Holdings, LLC**
**P.O. Box 3085**
**Hammond, LA 70404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.81 |
|---|---|---|---|

**Traffic Control Products**
**2230 Tower St.**
**Denham Springs, LA 70726-4900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,570.00 |
|---|---|---|---|

**US Aqua Services**
**P.O. Box 10087**
**New Iberia, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.04 |
|---|---|---|---|

**Walter Wade**
**P.O. Box 2422**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,486,757.92 |
|---|---|---|---|

**Wilco Marsh Buggies, Inc.**
**P.O. Box 710**
**Marrero, LA 70073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number (if known) | **23-10708** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,585.24 |
|---|---|---|---|

**Williams Scotsman**
**Corporate Operations**
**P.O. Box 91975**
**Chicago, IL 60693-1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 11,489,399.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 11,489,399.90 |

| Fill in this information to identify the case: |
| --- |

Debtor name __Magnolia Dredge & Dock, LLC__

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) __23-10708__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **23-10708**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Bloom Investment Group, LLC** | **1730 Orleans St. Mandeville, LA 70448** | **First Horizon** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.2 | **Magnolia Equipment Holdings, LLC** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.3 | **Magnolia Equipment Holdings, LLC** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.4 | **Magnolia Equipment Holdings, LLC** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.5 | **Magnolia Equipment Holdings, LLC** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |

| Debtor | **Magnolia Dredge & Dock, LLC** | | Case number *(if known)* | **23-10708** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.7 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.8 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.9 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.10 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.11 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.12 | **Magnolia Equipment Holdings, LLC** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.13 | **Michael D. Johnson** | P.O. Box 2422 Mandeville, LA 70470 | **First Horizon** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |

---

███ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.15 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.16 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.17 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.18 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.19 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.20 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.21 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.23 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.24 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.25 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.26 | Michael D. Johnson | P.O. Box 2422 Mandeville, LA 70470 | Philadelphia Indemnity | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |
| 2.27 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.28 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.29 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |

| Debtor | **Magnolia Dredge & Dock, LLC** | | Case number *(if known)* | **23-10708** |

---

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.30 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.24__ <br> ☐ G ____ |
| 2.31 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.25__ <br> ☐ G ____ |
| 2.32 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.26__ <br> ☐ G ____ |
| 2.33 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.27__ <br> ☐ G ____ |
| 2.34 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.28__ <br> ☐ G ____ |
| 2.35 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.29__ <br> ☐ G ____ |
| 2.36 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.30__ <br> ☐ G ____ |
| 2.37 | Stephen T. Loupe | P.O. Box 2422 Mandeville, LA 70470 | First Horizon | ☐ D ____ <br> ▮ E/F __3.31__ <br> ☐ G ____ |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |

| ▌ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Stephen T. Loupe** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____<br>■ E/F _**3.32**_<br>☐ G _____ |
| 2.39 | **Stephen T. Loupe** | **P.O. Box 2422 Mandeville, LA 70470** | **First Horizon** | ☐ D _____<br>■ E/F _**3.33**_<br>☐ G _____ |
| 2.40 | **Stephen T. Loupe** | **P.O. Box 2422 Mandeville, LA 70470** | **Philadelphia Indemnity** | ☐ D _____<br>■ E/F _**3.74**_<br>☐ G _____ |
| 2.41 | **Terrain Logistics Group, LLC** | **1730 Orleans St. Mandeville, LA 70448-3951** | **First Horizon** | ☐ D _____<br>■ E/F _**3.21**_<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Magnolia Dredge & Dock, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **23-10708**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,017,871.84** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$17,193,637.79** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,702,427.79** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **see attachment** | **$563,065.68** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **see attachment** | **$727,427.25** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **see attachment** | **$37,513.58** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* **23-10708** |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   see attached | | **$1,229,387.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Michael D. Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470**<br>**Manager of Terrain Logistics Group,**<br>**LLC, sole member** | 5/2/23 | **$16,000.00** | **transfer 2018 GMC Sierra en lieu of guaranteed draws for month of Jan. 2023** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Magnolia Dredge & Dock, LLC** | | Case number *(if known)* | **23-10708** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Adan Hernandez v. Magnolia Dredge & Dock, LLC**<br>**2:22-cv-03553 L(2)** | **Complaint for Damages** | **USDC - EDLA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Western Dredging Assoc.<br>WEDA Gulf Coast Chapter<br>9797 Timber Circle, Ste. B<br>Daphne, AL 36527** | **WEDA - Sponsorship** | **10-19-21** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **The Nature Conservancy<br>228 North Royal St., Ste. 500<br>Mobile, AL 36605** | **Sponsorship** | **2-8-22** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Grande Terre Dredge - fire in engine room. Dredge not a complete loss. The engine room was rebuilt. Dredge is owned by Magnolia Equipment Holdings but Magnolia Dredge & Dock covered the cost for a large portion of the repairs.** | **352,489.65** | **10-28-22** | **Unknown** |

## Part 6:   Certain Payments or Transfers

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Steffes Firm, LLC**<br>**13702 Coursey Blvd.**<br>**Building 3**<br>**Baton Rouge, LA 70817** | **$5,000.00 non-refundable retainer**<br>**$338.00 filing fee** | **5-8-23** | **$5,338.00** |
| | **Email or website address**<br>**bsteffes@steffeslaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Mike Johnson, Jessica Johnson and Steve Loupe** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **GMC Financial** | **2021 GMC Sierra**<br>**returned vehicle to GMC to reduce the debt / loan payments** | **5-2-23** | **$44,000.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Magnolia Dredge & Dock, LLC**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **Marsh Bugg (used for parts)** | **1-1-23** | **$5,784.19** |
| | **Relationship to debtor** | | | |
| 13.3. | **Magnolia Dredge & Dock, LLC**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **Magnolia Airboat (used for parts)** | **1-1-23** | **$3,434.49** |
| | **Relationship to debtor** | | | |

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |
|---|---|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Magnolia Dredge & Dock, LLC 401(k) Plan** | EIN:  **July Services (Matrix)** |

Has the plan been terminated?
■ No
☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Terrain Logistics Group, LLC**<br>**1730 Orleans St.**<br>**Mandeville, LA 70448-3951** | **Magnolia Dredge & Dock,LLC is a wholly owned subsidiary of Terrain Logistics Group, LLC. Micheal Johnson and Stephen T. Loupe are owners in Terrain Logistics Group, LLC. Each own 50% of Terrain Logistics Group, LLC - totaling 100%.** | EIN:<br><br>From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Converge Services**<br>**10431 Siegen Lane, Unit 100**<br>**Baton Rouge, LA 70810** | **2021-2023** |
| 26a.2. **Hannis T. Bourgeois**<br>**2322 Tremont Dr.**<br>**Baton Rouge, LA 70809** | **2021-2023** |
| 26a.3. **Magnolia Dredge & Dock, LLC**<br>**Attn:  Jessica Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **2021-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Converge Services**<br>**10431 Siegen Lane, Unit 100**<br>**Baton Rouge, LA 70810** | **2021-2023** |
| Name and address | Date of service<br>From-To |
| 26b.2. **Hannis T. Bourgeois**<br>**2322 Tremont Dr.**<br>**Baton Rouge, LA 70809** | **2021-2023** |
| Name and address | Date of service<br>From-To |
| 26b.3. **Magnolia Dredge & Dock, LLC**<br>**Attn:  Jessica Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **2021-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Magnolia Dredge & Dock, LLC | Case number (if known) | 23-10708 |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Converge Services**<br>**10431 Siegen Lane, Unit 100**<br>**Baton Rouge, LA 70810** | |
| 26c.2. **Magnolia Dredge & Dock, LLC**<br>**Attn: Jessica Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Horizon**<br>**3700 Essen Lane S**<br>**Baton Rouge, LA 70809** |
| 26d.2. **Alabama Board of Contractors**<br>**445 Dexter Ave., Ste. 3060**<br>**Montgomery, AL 36104** |
| 26d.3. **Mississippi Board of Contractors**<br>**2679 Crane Ridge Dr., Ste. C**<br>**Jackson, MS 39216** |
| 26d.4. **Tennessee Board of Contractors**<br>**500 James Robertson Pkwy.**<br>**Davy Crockett Tower**<br>**Nashville, TN 37243** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Terrain Logistics Group, LLC** | **1730 Orleans St.**<br>**Mandeville, LA 70448-3951** | **Magnolia Dredge & Dock,LLC is a wholly owned subsidiary of Terrain Logistics Group, LLC. Micheal Johnson and Stephen T. Loupe are owners in Terrain Logistics Group, LLC. Each own 50% of Terrain Logistics Group, LLC - totaling 100%.** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Magnolia Dredge & Dock, LLC** | Case number *(if known)* | **23-10708** |

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael D. Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **monthly draws of $14,583.33**<br>**$175,000 annually** | **monthly** | |
| | Relationship to debtor<br>**Manager of Terrain Logistics Group, LLC, sole member** | | | |
| 30.2. | **Stephen T. Loupe**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **monthly draws of $14,583.33**<br>**$175,000 annually** | **monthly** | |
| | Relationship to debtor<br>**Manager and Member of Terrain Logistics Group, LLC, sole member** | | | |
| 30.3. | **Jessica L. Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **Payroll Salary $80,000 annually**<br>**$3,057.57 401k match** | | |
| | Relationship to debtor<br>**Accountant** | | | |
| 30.4. | **Katherine Johnson**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **Payroll Salary $25,231.69 annually** | | |
| | Relationship to debtor<br>**Employee** | | | |
| 30.5. | **Stephen Loupe, II**<br>**P.O. Box 2422**<br>**Mandeville, LA 70470** | **Payroll Salary $25,098.27 annually** | | |
| | Relationship to debtor<br>**Employee** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Magnolia Dredge & Dock, LLC**                                Case number *(if known)*  **23-10708**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Terrain Logistics Group, LLC** | **EIN:    27-4443960** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 23, 2023**

**/s/ Stephen T. Loupe**                              **Stephen T. Loupe**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager & Member of Terrain Logistics Group, LLC,sole member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☑ No
☐ Yes