# SCHEDULE A/B - PROPERTY

*50. Other machinery, fixtures, and equipment*

| Location | Property Description | Year Acquired | Net Book Value |
|---|---|---|---|
| ALBANY | Banner Ford Vehicle | 2009 | - |
| ALBANY | 2002 Ford E-350 Van | 2009 | - |
| ALBANY | Sea Ark Boat | 2009 | - |
| ALBANY | F-250 Ford 4 x 4 | 2009 | - |
| ALBANY | 24"" Crewboat | 2009 | - |
| SCRAPPED | Trailer | 2010 | - |
| ALBANY | 24"" Crewboat-Modifications | 2009 | - |
| MANDEVILLE | Office Furniture | 2011 | - |
| MANDEVILLE | File Cabinets | 2011 | - |
| ALBANY/LAND BRIDGE/ POI | Pipes | 2014 | - |
| ALBANY | 2010 Tundra | 2014 | - |
| ALBANY | Flow Meter for Dredge | 2016 | - |
| ALBANY | 2 1600 Gallon Cone Tanks with stands | 2015 | - |
| ALBANY | 4 2500 Gallon Cone Tanks with Stand | 2015 | - |
| ALBANY | Blue Mntd Skid 100 HP SIemens | 2016 | - |
| ALBANY/LAND BRIDGE/ POI | Model 250 Pump 3x4x13 30HP | 2016 | - |
| ALBANY/LAND BRIDGE/ POI | Model 250 Pump 6x8x14 100HP | 2016 | - |
| ALBANY | Rugged Notebooks | 2017 | - |
| POI | Lincoln Ranger | 2017 | - |
| ALBANY/LAND BRIDGE/ POI | Dredge Hose | 2017 | - |
| ALBANY | Powermax 85 CSA Hand System | 2017 | - |
| ALBANY | 1452 Flat Boats | 2017 | - |
| MOUNTED ON BOATS | Boat Motors | 2017 | - |
| ALBANY | Trailer | 2017 | - |
| POI | John Deere UTV | 2017 | - |
| ALBANY | Minillermatic 252 Welder | 2018 | - |
| POI | Potter Roemer Firepro | 2018 | - |
| LAND BRIDGE | 25 x 12' Floats | 2018 | - |
| LAND BRIDGE | 25 x 12' Floats 2 | 2018 | - |
| ALBANY | Survey Boat Aluminum | 2019 | $1,758.71 |
| ALBANY | B/O of container 616527 | 2018 | - |
| ALBANY | Density Meter | 2018 | - |
| ALBANY | Equipment Sunshade | 2019 | $618.78 |
| ALBANY | 12' Resilient Seated Red Valve | 2018 | - |

| Location | Item | Year | Value |
|---|---|---|---|
| MOUNTED ON BOATS | Yamaha F25SEHA Motor | 2018 | $270.33 |
| MANDEVILLE | Kyocera Copier | 2018 | $414.46 |
| ALBANY | Office Furniture - Standing Desk and Tables | 2020 | $1,791.01 |
| ALBANY | Office Furniture - Conference Table | 2020 | $1,994.32 |
| ALBANY | Telecom System - Albany | 2020 | $1,477.83 |
| ALBANY | Lenovo Think Pad | 2020 | $1,683.48 |
| ALBANY | 1568 Heat Plate | 2021 | $2,489.94 |
| ALBANY | M35-21 Yamaha Motor | 2022 | $3,324.09 |
| ALBANY | M36-21 Yamaha Motor | 2022 | $3,324.09 |
| ALBANY | E46-15A CAT TL642C | 2022 | $21,655.00 |
| POI | E47-15A CAT TH514C | 2022 | $27,061.65 |
| | | **TOTAL** | **$67,863.69** |