# STATEMENT OF FINANCIAL AFFAIRS

## *2. Non-Business Revenue*

### Year: 2021

| Source | Gross | Details |
|---|---|---|
| Cobbs Allen /IPFS | $24,221.34 | insurance claims |
| Mike Johnson | $5,000.00 | personal expense repayment |
| American Interstate Insurance | $1,101.71 | Insurance |
| Greater Lafourche Port | $59.00 | refund fee |
| GM Financial | $1.71 | interest refund |
| First Horizon Bank | $698.83 | bank error |
| Cobbs Allen | $4,306.29 | refund – remove Holden off. |
| Netchex | $2,124.70 | payroll refund |

### Year: 2022

| Source | Gross | Details |
|---|---|---|
| First Horizon Bank | $71.90 | bank fee refund |
| ERC Payments | $593,153.05 | |
| Mike Johnson | $10,615.70 | personal expense repayment |
| Scrap steel | $927.35 | sold scrap steel |
| First Horizon Bank | $1,823.50 | bank refund |
| Cobbs Allen/IPFS | $54,503.00 | Insurance refund |
| LA Dept of Revenue | $53,044.59 | tax refund |
| Darryl Boudreaux | $12,000.00 | purchase FJ cruiser |
| IRS | $1,288.16 | tax refund |

**Year: 01/01/23 through 05/09/23**

| Source | Gross | Details |
|---|---|---|
| First Horizon Bank | $159.03 | bank fee refund |
| Mike Johnson | $125,000.00 | loan from Mike Johnson |
| Steve Loupe | $75,000.00 | loan from Steve Loupe |
| Infinity Systems | $50,000.00 | loan from Infinity Systems |
| John Wilson, Sr. | $275,000.00 | loan from John Wilson, Sr. |
| IPFS Insurance | $37,906.65 | overpayment refund |

## 3. *Payments to creditors within 90 days before filing*

| VENDOR | DATE | AMOUNT | REASON |
|---|---|---|---|
| Blue Cross & Blue Shield of Louisiana | 3/1/2023 | $20,859.82 | medical insurance |
| PO Box 650007 | 4/1/2023 | $23,946.40 | medical insurance |
| Dallas, TX 75265-0007 | | | |
| | Subtotal | $44,806.22 | |
| | | | |
| CAT Financial CAT Card | 2/27/2023 | $19,297.01 | equipment rental / repairs |
| PO BOX 735638 | 3/3/2023 | $11,943.39 | equipment rental / repairs |
| Dallas, TX 75373-5638 | 3/29/2023 | $13,774.26 | equipment rental / repairs |
| | Subtotal | $45,014.66 | |
| | | | |
| Chase Bank | 2/8/2023 | $10,000.00 | Card #1 - payment |
| Chase Cardmember Service | 2/8/2023 | $2,000.00 | Card #2 - Payment |
| P.O. Box 6294 | 2/23/2023 | $500.00 | Card #3 - Payment |
| Carol Stream IL 60197-6294 | 2/24/2023 | $6,000.00 | Card #1 - payment |
| | 2/24/2023 | $2,000.00 | Card #2 - Payment |
| | 2/27/2023 | $20,000.00 | Card #1 - payment |
| | 2/27/2023 | $10,000.00 | Card #2 - Payment |
| | 3/13/2023 | $7,000.00 | Card #1 - payment |
| | 3/13/2023 | $3,000.00 | Card #2 - Payment |
| | 3/20/2023 | $15,000.00 | Card #1 - payment |
| | 3/20/2023 | $3,000.00 | Card #2 - Payment |
| | 3/20/2023 | $2,000.00 | Card #3 - Payment |
| | 3/28/2023 | $5,000.00 | Card #1 - payment |
| | 3/28/2023 | $5,000.00 | Card #2 - Payment |
| | 4/5/2023 | $15,000.00 | Card #1 - payment |
| | 4/5/2023 | $10,000.00 | Card #2 - Payment |
| | 4/17/2023 | $18,000.00 | Card #1 - payment |
| | 4/17/2023 | $5,000.00 | Card #2 - Payment |
| | 4/17/2023 | $2,000.00 | Card #3 - Payment |
| | Subtotal | $140,500.00 | |

| VENDOR | DATE | AMOUNT | REASON |
|---|---|---|---|
| Cobbs Allen | 3/2/2023 | $89,611.14 | General Liability Insurance down payment |
| 115 Office Park Drive | | | |
| Birmingham, AL 35223 | | | |
| | Subtotal | $89,611.14 | |
| | | | |
| Diamond "B" Industries LLC | 2/27/2023 | $8,399.25 | 20-17 Port of Iberia |
| PO Box 10310 | | | |
| New Iberia, LA 70562-0310 | | | |
| | Subtotal | $8,399.25 | |
| | | | |
| Diamond Services, Corp. | 2/28/2023 | $210,310.60 | 20-17 Port of Iberia |
| PO Box 1286 | | | |
| Morgan City, LA 70381-1286 | | | |
| | Subtotal | $210,310.60 | |
| | | | |
| Dredging Supply Company, Inc. | 3/10/2023 | $21,676.99 | 12-17 Port of Iberia |
| 156 Airport Road | | | |
| Reserve, LA 70084 | | | |
| | Subtotal | $21,676.99 | |
| | | | |
| Gaubert Oil Company, Inc. | 2/27/2023 | $18,099.62 | 21-14 Land Bridge |
| PO Box 310 | 3/10/2023 | $2,010.36 | 21-14 Land Bridge |
| Thibodaux, LA 70302 | 3/24/2023 | $30,152.54 | 21-14 Land Bridge |
| | 3/31/2023 | $11,623.87 | 21-14 Land Bridge |
| | Subtotal | $61,886.39 | |
| | | | |
| Gill's Crane & Dozer | 3/3/2023 | $64,350.00 | 21-14 Land Bridge |
| 116 Marlin Drive | | | |
| Slidell, LA 70461 | | | |
| | Subtotal | $64,350.00 | |
| | | | |
| GIS Engineering, LLC | 3/10/2023 | $20,645.00 | 21-14 Land Bridge |
| PO Box 820 | 3/24/2023 | $32,500.00 | 21-14 Land Bridge |
| Galliano, LA 70354 | | | |
| | Subtotal | $53,145.00 | |

| VENDOR | DATE | AMOUNT | REASON |
|---|---|---|---|
| Inland Barge Rentals, Inc. | 3/10/2023 | $12,659.62 | 21-17 Port of Iberia |
| PO Box 250 | | | |
| Berwick, LA 70342 | | | |
| | Subtotal | $12,659.62 | |
| | | | |
| IPFS Corporation | 3/25/2023 | $51,704.49 | General Liability Insurance |
| PO Box 730223 | | | |
| Dallas, TX 75373-0223 | | | |
| | Subtotal | $51,704.49 | |
| | | | |
| July Services | 2/13/2023 | $2,683.86 | 401K |
| 400 Austin Ave Suite 1200 | 2/21/2023 | $2,524.97 | 401K |
| Waco, TX 76701 | 2/28/2023 | $2,639.32 | 401K |
| | 3/3/2023 | $2,660.44 | 401K |
| | 3/9/2023 | $2,619.08 | 401K |
| | 3/20/2023 | $2,860.23 | 401K |
| | 3/29/2023 | $2,727.27 | 401K |
| | 4/4/2023 | $2,640.91 | 401K |
| | 4/10/2023 | $2,399.68 | 401K |
| | 4/17/2023 | $2,411.38 | 401K |
| | 4/28/2023 | $2,195.62 | 401K |
| | Subtotal | $28,362.76 | |
| | | | |
| Kracht Madison Huddleston LLP | 3/24/2023 | $19,305.73 | 21-17 Port of Iberia |
| 5149 Bluebonnet Boulevard | 4/11/2023 | $1,219.00 | 21-17 Port of Iberia |
| Baton Rouge, LA 70809 | | | |
| | Subtotal | $20,524.73 | |
| | | | |
| M & C Oilfield Services, Inc. | 3/10/2023 | $13,268.00 | 21-17 Port of Iberia |
| 5121 Highway 90 East | 3/24/2023 | $37,876.05 | 21-17 Port of Iberia |
| Lake Charles, LA 70615 | | | |
| | Subtotal | $51,144.05 | |
| | | | |
| Marine Industrial Fabrication, Inc. | 2/27/2023 | $10,036.27 | 21-17 Port of Iberia |
| PO Box 9218 | | | |
| New Iberia, LA 70562 | | | |
| | Subtotal | $10,036.27 | |
| | | | |

| VENDOR | DATE | AMOUNT | REASON |
|---|---|---|---|
| McDonough Marine Service | 3/10/2023 | $10,109.12 | 21-14 Land Bridge |
| PO Box 919227 | 3/20/2023 | $3,416.20 | 21-17 Port of Iberia |
| Dallas, TX 75391 | | | |
| | Subtotal | $13,525.32 | |
| | | | |
| Mike David Equipment, Inc. | 2/27/2023 | $16,888.32 | 21-17 Port of Iberia |
| 1127 Joel Blanchard Rd | | | |
| St Martinville, LA 70582 | | | |
| | Subtotal | $16,888.32 | |
| | | | |
| Patriot Marine Services, LLC | 3/10/2023 | $19,256.09 | 21-14 Land Bridge |
| PO Box 706 | 3/20/2023 | $4,500.00 | 21-14 Land Bridge |
| Golden Meadow, LA 70357 | | | |
| | Subtotal | $23,756.09 | |
| | | | |
| Sabel Steel Service | 2/27/2023 | $8,883.87 | 21-17 Port of Iberia |
| PO Box 4747 | 3/24/2023 | $10,947.24 | 21-17 Port of Iberia |
| Montgomery, AL 36103-4747 | | | |
| | Subtotal | $19,831.11 | |
| | | | |
| Service Rigging | 3/10/2023 | $9,687.34 | 21-14 Land Bridge |
| PO Box 701 | | | |
| Slidell, LA 70459 | | | |
| | Subtotal | $9,687.34 | |
| | | | |
| Steven Dupuis Oil | 3/24/2023 | $52,940.33 | 21-17 Port of Iberia |
| 114 Cason Road | | | |
| Broussard, LA 70518 | | | |
| | Subtotal | $52,940.33 | |
| | | | |
| Tommy Kilbride | 3/10/2023 | $9,000.00 | 21-17 Port of Iberia |
| PO Box 3085 | 3/24/2023 | $9,000.00 | 21-17 Port of Iberia |
| Hammond, LA 70404 | | | |
| | Subtotal | $18,000.00 | |

| VENDOR | DATE | AMOUNT | REASON |
|---|---|---|---|
| Townley Engineering & Mfg. CO., Inc | 3/24/2023 | $33,876.78 | 21-17 Port of Iberia |
| PO Box 221 | | | |
| Candler, FL 32111-0221. | | | |
| | Subtotal | $33,876.78 | |
| | | | |
| Wilco Marsh Buggies, Inc. | 2/27/2023 | $126,750.00 | 21-17 Port of Iberia |
| PO Box 710 | | | |
| Marrero, LA 70073 | | | |
| | Subtotal | $126,750.00 | |
| | | | |

| | TOTAL | $1,229,387.46 |
|---|---|---|