**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:**

| | |
|---|---|
| **MAGNOLIA DREDGE & DOCK, LLC** | **CASE NO. 23-10708** |
| *Debtor* | **CHAPTER 7** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the *Schedules and Statement of Financial Affairs* have been served via this Court's CM/ECF notification system, as shown below:

>Barbara Rivera-Fulton
>barbararfulton2015@gmail.com; la49@ecfcbis.com

>Office of the U.S. Trustee
>USTPRegion05.NR.ECF@usdoj.gov

Baton Rouge, Louisiana, this <u>23rd</u> day of May, 2023.

_____/s/ Chad E. Biggs_____
**CHAD E. BIGGS**

Respectfully submitted by:

William E. Steffes (LA Bar No. 12426)
Noel Steffes Melancon (LA Bar No. 30072)
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 341-1241
E-mail: bsteffes@steffeslaw.com
nmelancon@steffeslaw.com

*Attorneys for Magnolia Dredge & Dock, LLC*